*Koeltl, J.*

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SALVADOR TEPI, on behalf of himself and others similarly situated, | Civil Action No.: 10CV0740 (JGK)(KNF) |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| vs. | |
| SEVEN A CAFE, INC., and MOSHE HATSAV, | |
| Defendants. | |

The matter in the above-captioned action havening been amicably resolved by and between plaintiff Salvador Tepi and defendants Seven A Cafe, Inc. and Moshe Hatsav, upon negotiated terms placed on the record before the Hon. Keven N. Fox, and which both parties agree are fair and reasonable, it is hereby stipulated and agreed, pursuant to Federal Rule of civil Procedure 41 (a), that the case shall be, and hereby is, dismissed with prejudice and without costs or attorneys' fees against any party.

**CILENTI & COOPER, PLLC**
Attorneys for Plaintiff

Peter H. Cooper, Esq.
708 Third Avenue – 6th Floor
New York, New York 10017
Telephone (212) 209-3933

Dated: 6/14/10

**SEYFARTH SHAW LLP**
Attorneys for Defendants

Neil A. Capobianco, Esq.
620 Eighth Avenue, Suite 3200
New York, New York 10018
Telephone (212) 218-5284

Dated: 6/15/10

So Ordered:
Honorable John G. Koeltl, U.S.D.J.

6/16/10.

| |
|---|
| USDS SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 6/16/10 |